## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHICON ENDO-SURGERY, INC. and ETHICON ENDO-SURGERY, LLC,<br><br>    *Plaintiffs and Counterclaim-Defendants*,<br><br>v.<br><br>COVIDIEN LP, COVIDIEN SALES LLC, and COVIDIEN AG,<br><br>    *Defendants and Counterclaim-Plaintiffs*. | Civil Action No. 1:16-cv-12556-LTS |

## DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Defendants and Counterclaim-Plaintiffs Covidien LP, Covidien Sales LLC and Covidien AG (collectively, "Covidien") hereby respectfully move for a preliminary injunction. In support of this Motion, Covidien submits the accompanying Memorandum in Support of Defendants and Counterclaim-Plaintiffs' Motion for a Preliminary Injunction, the Declarations of John Chindlund, William Durfee, and Richard Mulloy, and exhibits cited therein.

WHEREFORE, for the reasons set forth in Covidien's accompanying Memorandum and Declarations, this Court should enter an Order enjoining Plaintiffs and Counterclaim-Defendants Ethicon Endo-Surgery, Inc. and Ethicon Endo-Surgery, LLC from using, making, selling, offering for sale, importing, and marketing the Enseal® X1 Large Jaw device.

Dated: April 27, 2017                                 Respectfully submitted,

                                                                          */s/ David J. Apfel*

                David J. Apfel (BBO No. 551139)
Samuel E. Sherry (BBO No. 667527)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel. 617.570.1000
Fax: 617.227.8591
dapfel@goodwinlaw.com
ssherry@goodwinlaw.com

Of Counsel (admitted pro hac vice):

Drew M. Wintringham, III
drew.wintringham@dlapiper.com
Matthew Ganas
matt.ganas@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Richard T. Mulloy
richard.mulloy@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

*Attorneys for Defendants and Counterclaim-Plaintiffs Covidien AG, Covidien LP, and Covidien Sales LLC*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for Covidien complied with the requirements of Local Rule 7.1(A)(2) by conferring with counsel for Ethicon on April 18, 2017. Ethicon's counsel advised that they oppose this motion.

>    */s/ David J. Apfel*
>    David J. Apfel

## CERTIFICATE OF SERVICE

I, David J. Apfel, certify that this document filed through the ECF system will be served on April 27, 2017 electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and by first-class mail, postage prepaid on those identified as non-registered participants.

>    */s/ David J. Apfel*
>    David J. Apfel